UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CRAIG NELSON,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>HANEY TRUCK LINE, LLC,<br><br>    Garnishee. | NO. MS145020<br><br>(3:07-CR-5788-1)<br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Wages due and owing to the Defendant/Judgment Debtor, Craig Nelson, from Haney Truck Line, LLC, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Haney Truck Line, LLC, whose address is Haney Truck Line, LLC, 3710 Gun Club Rd. Attn: Brenda Owen, Yakima, WA 98901.

///

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this ___1___ day of ___October___, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KERRY J. KEEFE, WSBA #17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kerry.keefe@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970