1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  3:14-MC-05020-BHS |
| Plaintiff, | (3:07-CR-5788-1) |
| v. | **CONTINUING GARNISHEE ORDER FOR WAGES** |
| CRAIG NELSON, | |
| Defendant/Judgment Debtor, | |
| and | |
| HANEY TRUCK LINE, LLC, | |
| Garnishee. | |

A Writ of Continuing Garnishment for Wages, directed to Garnishee Haney Truck Line, LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Haney Truck Line, LLC, filed an Answer on November 6, 2014, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Craig Nelson was an active employee who was paid on a semi-monthly basis and was on leave of absence.  On November 26, 2014, Defendant/Judgment Debtor Nelson returned to work at Haney Truck Line, LLC, where he is currently employed to date.

[PROPOSED] CONTINUING GARNISHEE ORDER FOR WAGES
(USDC#: 3:14-MC-05020-BHS/3:07-CR-5788-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Case 3:14-mc-05020-BHS   Document 9-1   Filed 01/07/15   Page 2 of 3

After notification of the garnishment proceeding was mailed to the parties on or about October 20, 2014, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Haney Truck Line, LLC, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Craig Nelson, upon each period of time when Defendant/Judgment Debtor Nelson is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Nelson's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment for Wages;

That such payments shall be applied to Defendant/Judgment Debtor Nelson's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:07-CR-5788-1 and 3:14-MC-05020-BHS, and to deliver such payments either personally or by First Class Mail to:

//

[PROPOSED] CONTINUING GARNISHEE ORDER FOR WAGES
(USDC#: 3:14-MC-05020-BHS/3:07-CR-5788-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1

2

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101; and

3

4

That this Continuing Garnishee Order for Wages shall continue until

5

the Court orders otherwise or that one of the following conditions is met: (1)

6

7

the debt of the Defendant/Judgment Debtor is paid in full or (2) the

8

Defendant/Judgment Debtor is no longer an active employee of Garnishee

9

and Garnishee no longer has possession, custody, or control of any further

10

funds belonging to the Defendant/Judgment Debtor.

11

DATED this ___8___ day of ___January___, 2015.

12

13

14

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

15

16

17

Presented by:

18

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

[PROPOSED] CONTINUING GARNISHEE ORDER FOR WAGES
(USDC#: 3:14-MC-05020-BHS/3:07-CR-5788-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970